# Third District Court of Appeal

## State of Florida

Opinion filed July 7, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-850
Lower Tribunal No. 18-41935

————————

## Anthony Parks,
Appellant,

vs.

## Fius Distributors LLC, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Anthony Parks, in proper person.

Law Offices of Granoff & Kessler, P.A., and Roy E. Granoff, for appellees.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.